# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Saab Defense and Security USA LLC, ) ASBCA No. 59732
  f/k/a Saab Training USA LLC )
)
Under Contract No. W56HZV-11-D-0150 )

APPEARANCES FOR THE APPELLANT: Timothy Sullivan, Esq.
Jayna Marie Rust, Esq.
  Thompson Coburn LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
CPT Vera A. Strebel, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 July 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59732, Appeal of Saab Defense and Security USA LLC, f/k/a Saab Training USA LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals